UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN TOCARCHICK,

      Plaintiff,

v.                                            Civil Case No. 17-11445
                                           Honorable Linda V. Parker

LUTHERAN SOCIAL SERVICES OF
MICHIGAN and LUTHERAN
ADOPTION SERVICES OF MICHIGAN,

      Defendant.
_____/

# **OPINION AND ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

On May 2, 2017, Plaintiff initiated this lawsuit against Defendants Lutheran Social Services of Michigan and Lutheran Adoption Services of Michigan. Plaintiff was granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. On June 6, 2017, the Court summarily dismissed Plaintiff's Complaint pursuant to § 1915 because she is attempting through this action to "appeal" the disposition of a lawsuit she filed against Defendants in the Circuit Court for Macomb County, Michigan. (ECF No 9.) As the Court explained in its decision, federal district courts generally lack jurisdiction to review and determine the validity of state court judgments. (*Id.* at Pg ID 330.)

Plaintiff filed a document on June 13, 2017, which the Court construes as a motion for reconsideration. (ECF No. 10.) Plaintiff does not include anything in

this submission, however, which leads the Court to conclude that it committed a palpable defect in summarily dismissing her complaint for lack of jurisdiction.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for reconsideration (ECF No. 10) is **DENIED**.

Dated: January 11, 2018

s/Linda V. Parker
U.S. District Court Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 11, 2018, by electronic and/or ordinary mail.

s/Julie Owens acting in the absence of Richard Loury
Case Manager, (313) 234-5135